District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDUL RAHMAN MOHAMMAD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SECRETARY, U.S. DEPARTMENT OF STATE, <br><br> Defendant. | No. 2:23-cv-1397-JLR <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER <br><br> Noted for Consideration: <br> November 14, 2023 |

Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the State Department to schedule Plaintiffs' consular interview at which they anticipate applying for immigrant visas. Dkt. No. 1, Compl. Defendant's response to the Complaint is due on November 20, 2023. For good cause, the parties request that the Court hold the case in abeyance until December 20, 2023.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

STIPULATED MOTION FOR ABEYANCE - 1
(23-cv-1397-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Plaintiffs' unreasonable delay claim is based on the premise that their priority dates are current
2  and that they are eligible to apply for immigrant visas. However, the parties agree that Plaintiffs'
3  priority dates are not current according to the State Department's Visa Bulletin. As a result,
4  Plaintiffs intend to amend the Complaint to include a challenge to the State Department's use of
5  retrogression and add a Freedom of Information Act claim. This proposed stay will allow for
6  Plaintiffs to amend the Complaint and eliminate the need for the State Department to file a motion
7  to dismiss based on Plaintiffs' current claim in the Complaint. Furthermore, this will allow the
8  parties to discuss the claims in the amended complaint and see if resolution is possible.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until December 20, 2023. The parties further request that the Court vacate its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. No. 5. The parties will submit a joint status report on or before December 20, 2023.

Dated: November 14, 2023                    Respectfully submitted,

                                            TESSA M. GORMAN
                                            Acting United States Attorney

                                             s/Michelle R. Lambert
                                            MICHELLE R. LAMBERT, NYS #4666657
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            1201 Pacific Avenue, Suite 700
                                            Tacoma, Washington 98402
                                            Phone: 206-428-3824
                                            Email: michelle.lambert@usdoj.gov

                                            *I certify that this memorandum contains 317 words, in compliance with the Local Civil Rules.*

                                            *Attorneys for Defendant*

STIPULATED MOTION FOR ABEYANCE   - 2
(23-cv-1397-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | *s/Kripa Upadhyay* |
| 2 | KRIPA UPADHYAY, WSBA #40063 |
|   | Karr, Tuttle, Campbell |
| 3 | 701 Fifth Ave, Suite 3300 |
|   | Seattle, WA 98104 |
| 4 | Phone: 206.224.8092 |
|   | Email: kripa@karrtuttle.com |

*s/Bradley B. Banias*
BRADLEY B. BANIAS, SC76653
Banias Law, LLC
602 Rutledge Avenue
Charleston, South Carolina 29403
Phone: 843.352.4272
Email: brad@baniaslaw.com

*Attorneys for Plaintiffs*

STIPULATED MOTION FOR ABEYANCE  - 3
(23-cv-1397-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# [PROPOSED] ORDER

The case is held in abeyance until December 20, 2023. The parties shall submit a joint status report on or before December 20, 2023. The Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 5) is vacated. It is so **ORDERED**.

DATED this 15th day of November, 2023.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION FOR ABEYANCE  - 4
(23-cv-1397-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970